# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **ELRIC D. WOLFSBRUDER,** | Civil No. 2:17-CV-037 BAT |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR WITHDRAWAL & SUBSTITUTION OF COUNSEL** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER of Social Security,** | |
| Defendant. | |

This matter came before this Court pursuant to a stipulation of all parties under LCR 83.2. Based upon the stipulation and the files and records herein, IT IS HEREBY ORDERED that the Motion is GRANTED. John-Paul Gustad has withdrawn and Rosemary Schurman is substituted as counsel for Plaintiff.

Dated this 2nd day of May, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA 98034
425-821-8577