**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **ELRIC WOLFSBRUDER,** | Civil No. 2:17-cv-037 BAT |
| Plaintiff, | |
| vs. | **ORDER FOR EAJA FEES, COSTS AND EXPENSES** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER of Social Security,** | |
| Defendant. | |

## **ORDER**

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and 28 U.S.C. §1920 and Plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as well as the stipulation of the parties, it is hereby ORDERED that: EAJA attorney's fees of $6,779.87 and expenses of $3.43 ( postage), and costs of $8.70 (copies), for a total of $6,792.00 shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel, Rosemary B. Schurman; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees, costs and expenses directly to Rosemary B. Schurman.

Order for EAJA Fees 17-037 BAT page 1

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law PLLC**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 888-821-0544**

Dated this 23rd day of October, 2017

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA 98034
425-821-8577