# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

ELRIC WOLFSBRUDER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil No. 2:17-cv-0037 BAT

ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 USC § 406(b).

## **ORDER**

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) and having considered Plaintiff's motion and the supporting documents, as well as the Defendant's response to this motion, it is hereby ORDERED that:

1) The Court GRANTS plaintiff's motion and authorizes reasonable attorney's fees pursuant to 42 U.S.C. § 406(b) of $17,591.55 *less* previously awarded and received EAJA fees totaling $6,779.87, to equal a total fee of $10,811.68.

2) Defendant shall release the fee of **$10,811.68** minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA 98034 or via automatic deposit.

//

//

ORDER for 406(b) Fees- 17-0037 BAT page 1

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law PLLC**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 888-821-0544**

Dated this 10th day of June, 2019

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

ORDER for 406(b) Fees- 17-0037 BAT page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law PLLC**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 888-821-0544**